No. 552.  Murray, Receiver, et al. v. City of New York et al.; and

No. 558. ROBERTS, RECEIVER, *v.* MURRAY, RECEIVER, ET AL. January 8, 1940. The motion to defer consideration of the petitions for writs of certiorari in these cases is granted and consideration is deferred until March 1, 1940. The CHIEF JUSTICE took no part in the consideration and decision of this motion. Reported below: 103 F. 2d 889.